Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts Southern District of Texas
FILED
*December 9, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| JOSHUA RYAN NEWSOME | § | **4:21-cr-578** |
| | § | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jennifer B. Lowery, Acting United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that JOSHUA RYAN NEWSOME, now duly committed- to the custody of the TDCJ, Johnston Unit, 703 Airport Road, Winnsboro, TX 75494 , is a defendant in the above-captioned case which will be called for prosecution in the United States District Court for the Southern District of Texas, Houston Division on the 23rd day of December, 2021, at 11:00 am , before the U. S. Magistrate Judge. Petitioner further represents that the TDCJ, Johnston Unit, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, to be brought before this Court for further proceedings in this Cause.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any

other authorized United States Marshal, to produce the body of said defendant before this Court on the  23rd  day of  December , 2021 at  11:00 am

                Respectfully submitted,

                JENNIFER B. LOWERY
                United States Attorney

By:   *Jason Corley*
       JASON CORLEY
       Assistant United States Attorney